FILED
 2017 Jan-05  AM 11:32
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RODERICK K. DAVIS, by and through his mother and next friend, Eula M. Travis,<br><br>Plaintiff<br><br>vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant | Case No. 7:16-cv-00808-LSC |

## MEMORANDUM OPINION

On December 1, 2016, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the motion for summary judgment filed by defendant be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** AND **ORDERED** ON JANUARY 5, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704